| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

*E-FILED - 2/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SANAZ VAHIDINIA,

    Petitioner,

    v.

FRANK SICILIANO, in his Official Capacity, Field Office Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, San Jose, California, et al.,

    Respondents.

No. C 07-6288 RMW

**STIPULATION TO DISMISS AND [xxxxxxxxxxxxx] ORDER**

Petitioner, by and through her attorneys of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services agrees to approve the petitioner's application for naturalization within 30 days of the dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim. The parties agree that the Court will have jurisdiction to enforce this order if necessary.

///

///

///

Stipulation to Dismiss
C 07-6288 RMW                              1

```
 1    Each of the parties shall bear their own costs and fees.
 2    Date: February 12, 2008                    Respectfully submitted,
 3                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney
 4
 5
 6                                               EDWARD A. OLSEN
                                                 Assistant United States Attorney
 7                                               Attorneys for Respondents
 8
 9    Date: February 12, 2008
10                                               MARC VAN DER HOUT
                                                 BETH FEINBERG
11                                               Attorneys for Petitioner

                                    ORDER
12
           Pursuant to stipulation, IT IS SO ORDERED.
13
14
      Date: 2/14/08
15                                               RONALD M. WHYTE
                                                 United States District Judge
16
...
28

Stipulation to Dismiss
C 07-6288 RMW                              2
```